**Order entered November 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

## LAKEITH AMIR-SHARIF, Appellant

## V.

## TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

On the Court's own motion, this case is **REMOVED** from submission on January 14, 2014. The case will be reset for submission in due course.

/s/     CRAIG STODDART
JUSTICE